**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-1525**

———————

EDWIN EUGENE BELL, JR.; MIRANDA CISNEROS BELL,

Debtors - Appellants,

v.

DYCK-O'NEAL, INC.,

Creditor - Appellee,

and

BRIAN ANDREW TUCCI,

Trustee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:20-cv-00595-CCB)

———————

Submitted:  November 22, 2022                          Decided:  November 28, 2022

———————

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edwin Eugene Bell, Jr., Miranda Cisneros Bell, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Eugene Bell, Jr., and Miranda Cisneros Bell ("the Bells") appeal the district court's orders (1) affirming the bankruptcy court's order denying reconsideration of its earlier order overruling the Bells' objection to a claim and (2) denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bell v. Dyck-O'Neal, Inc.*, No. 1:20-cv-00595-CCB (D. Md. Nov. 12, 2020; May 24, 2022). We deny the motion for judicial notice and other relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2